# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

RICHARD THOMAS, D.C.,

:

    Plaintiff,                               Case No. 3:99-cv-468

:        District Judge Thomas M. Rose
   -vs-                             Magistrate Judge Michael R. Merz

MARY LEE GILL SAMBOL, et al.,

:

    Defendants.

## DISMISSAL ORDER

On Motion of the remaining Defendants Bentley, Tenney, Gresock, Mihaly, Travis, and Phillips, pursuant to Fed. R. Civ. P. 41, and with the consent of the Plaintiff, the above-captioned action is hereby dismissed with prejudice. Because the dismissal is voluntary, the Motion to Dismiss may be ruled on by the Magistrate Judge.

The Clerk will enter judgment dismissing the case with prejudice.

March 25, 2010.

                                                                s/ **Michael R. Merz**
                                                                United States Magistrate Judge